**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

Date of Arrest: 1/3/2025

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Magistrate's Case No. **25-01004MJ** |
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| | ) Title 18, United States Code, |
| Vs. | ) Section 111(a) and (b) |
| | ) Assaulting, Resisting, or Impeding |
| LUIS ESRINOZA-GONZALEZ, | ) Certain Officers or Employees |
| Defendant. | ) Count One |
| YOB: 1992 | ) |
| Citizen of Honduras | ) |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

COUNT ONE

On or about 1/2/2025, within the District of Arizona, Defendant LUIS ESRINOZA-GONZALEZ, assaulted a United States Border Patrol Agent in violation of Title 18, United States Code, Section 111(a) and (b).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Authorized by: AUSA Michael Shaw for AUSA Michael Shaw

*[signature]*

*Nicholas Gaietto*
Nicholas Gaietto
FBI Special Agent
Federal Bureau of Investigation

Sworn and subscribed to by telephone, on January 6, 2025, at Yuma, Arizona.

*[signature]*
The Honorable James F. Metcalf
United States Magistrate Judge

UNITED STATES OF AMERICA
v.
Luis Esrinoza-Gonzalez

**Statement of Facts**

I, Nicholas Gaietto, Special Agent of the Federal Bureau of Investigation, being duly sworn, hereby deposes and states the following:

1. **Location, Yuma County, Arizona**

   United States Border Patrol Central Processing Center

2. **UNDERLYING FACTS.**

On January 2, 2025, at approximately 2:00 PM, Border Patrol Agents (BPA), stationed in Yuma, Arizona, were tasked with assisting a contracting company, with the removal and transport of LUIS ESRINOZA-GONZALEZ ("ESRINOZA-GONZALEZ") from the Yuma Border Patrol Station to the ELOY DETENTION CENTER via a transport van. Multiple attempts were made to transport ESRINOZA-GONZALEZ; however, ESRINOZA-GONZALEZ was uncooperative and resisted attempts to move. Prior to this, ESRINOZA-GONZALEZ had acted confrontational and hostile to various BPAs and personnel working at the Yuma Border Patrol Station including BPA Julio Gonzalez.

On January 1, 2025, BPA Gonzalez was working in the Yuma Station processing center screening area near a holding cell with ESRINOZA-GONZALEZ. BPA Gonzalez stated ESRINOZA-GONZALEZ would stare at him in a hostile manner, and other BPAs said he was doing the same to them. Some time that morning, BPA Gonzalez provided ESRINOZA-GONZALEZ with his breakfast meal and no negative interactions occurred during this time.

Around 8:00 AM on January 1, 2025, a cleaning crew entered the screening area for routine cleaning. At this point, ESRINOZA-GONZALEZ began hitting the glass window of his holding cell. BPA Gonzalez approached and entered the holding cell. In Spanish, ESRINOZA-GONZALEZ told BPA Gonzalez he was upset that the cleaning crew was ignoring him. BPA Gonzalez is conversant in Spanish and explained the cleaning crew were doing their job and that they did not need to speak to ESRINOZA-GONZALEZ. ESRINOZA-GONZALEZ said he felt like the cleaning crew thought of him as a dog to be ignored.

BPA Gonzalez told ESRINOZA-GONZALEZ he needed to leave the cleaning crew alone and that they did not need to talk to him. At this point, ESRINOZA-GONZALEZ clenched his fist and squared up to BPA Gonzalez. Based off BPA Gonzalez's training and experience, he assessed ESRINOZA-GONZALEZ was acting hostile and preparing to assault BPA Gonzalez. BPA Gonzalez closed the gap between them and told ESRINOZA-GONZALEZ that he did not want to do that. BPA Gonzalez told him to turn around and put his hands behind his back. At this point, ESRINOZA-GONZALEZ turned around and walked to the restroom area of the holding cell indicating he was going to use the restroom. BPA Gonzalez exited the holding cell, removed his firearm for safety, and returned to ESRINOZA-GONZALEZ's holding cell a few minutes later. However, at this point, ESRINOZA-GONZALEZ was laying on his mattress and had his eyes closed. He was no longer causing a disturbance.

On January 2, 2025, at approximately 1:00 PM, contractors arrived to transport ESRINOZA-GONZALEZ to the Eloy Detention Center. ESRINOZA-GONZALEZ was taken out of his holding cell, and a contracting officer showed him his property bag. ESRINOZA-GONZALEZ told the contracting officer that the property was his but became agitated and asked in Spanish where his backpack was. ESRINOZA-GONZALEZ was told his backpack was thrown away in accordance with Border Patrol policy. ESRINOZA-GONZALEZ clenched his fists and positioned himself in a fighting stance. At this point, multiple BPAs were called to assist in calming ESRINOZA-GONZALEZ down. Special Operations Supervisor Ernesto Gomez spoke with ESRINOZA-GONZALEZ for several minutes and was able to diffuse the situation. ESRINOZA-GONZALEZ then allowed himself to be put in waist and handcuff restraints, but he refused to leave the patrol station without his backpack. BPAs forcefully escorted ESRINOZA-GONZALEZ to the group transport van through the sally port entrance on the north side of the station. ESRINOZA-GONZALEZ refused to enter the transport van by placing both his feet on the vehicle. The contracting officer called a supervisor, and the determination was made to transport ESRINOZA-GONZALEZ separately and alone to the Eloy Detention Center. During this time, ESRINOZA-GONZALEZ, speaking in Spanish, said without his backpack he could not provide for his family. ESRINOZA-GONZALEZ also threatened to beat up the agents, began shouting profanities, and stated that he could kill everyone. ESRINOZA-GONZALEZ was then brought back in the station and placed in padded room 613.

While in padded room 613, ESRINOZA-GONZALEZ began kicking the glass door and using his restraints to damage the glass. Multiple attempts were made to calm ESRINOZA-GONZALEZ down. ESRINOZA-GONZALEZ caused significant damage and chipped the glass window.

Around approximately 2:00 PM, additional contractors arrived for a solo transport to Eloy Detention Center. The determination was made to apply ankle restraints on ESRINOZA-GONZALEZ before transporting him. Multiple BPAs and contract personnel were requested to assist in the application of the ankle restraints.

Around 2:20 PM, contractor personnel began giving commands to ESRINOZA-GONZALEZ to turn around and face the wall. ESRINOZA-GONZALEZ refused, took a fighting stance, and said he would take on whoever entered the holding cell. BPAs and contractor personnel entered padded cell 613 to apply ankle restraints. BPA Christian Servin was first to enter the room and attempted to calm ESRINOZA-GONZALEZ down in Spanish. BPA Gonzalez entered second, along with eight other BPAs and contractors. ESRINOZA-GONZALEZ was brought to the ground and stretched prone on his right side. Personnel attempted to roll ESRINOZA-GONZALEZ onto his stomach, but he kept himself prone on his right side using his hands for support. BPA Gonzalez reached for ESRINOZA-GONZALEZ' hands to push them away and ESRINOZA-GONZALEZ bit the left hand of BPA Gonzalez. The bite tore through the medical glove BPA Gonzalez was wearing and pierced his skin. At this point BPA Gonzalez shouted that ESRINOZA-GONZALEZ had bitten him. BPA Gonzalez exited padded cell 613 and showed BPA Hector Sanchez the bite mark and cut on the top of his hand. ESRINOZA-GONZALEZ was brought to his feet and escorted to the transport van. ESRINOZA-GONZALEZ again attempted to resist entering the van using his feet, so personnel placed him in the van headfirst. Once ESRINOZA-GONZALEZ was secure in the transport van, contractor personnel departed the Yuma Border Patrol Station.

///

///

///

///

///

3. **AFFIRMATION.**

Based on the foregoing, there is probable cause to believe that Luis Esrinoza-Gonzalez committed the offense as alleged in the attached complaint.

*Nicholas Gaietto*
_____
Nicholas Gaietto
FBI Special Agent
Federal Bureau of Investigation


Sworn and subscribed to by telephone, on January 6, 2025, at Yuma, Arizona.

_____
The Honorable James F. Metcalf
United States Magistrate Judge

**Weekend Probable Cause Statement**

I, Nicholas Gaietto, being duly sworn, do state the following:

The complainant states that this complaint is based upon statements in investigative reports by Border Patrol Agent (BPA) Julio Gonzalez that on January 2, 2025, Luis Esrinoza-Gonzalez was arrested for Assault of a Federal Officer in violation of Title 18, United States Code, Section 111(a) and (b).

On January 2, 2025, at approximately 2:00 PM, Border Patrol Agents (BPA), stationed in Yuma, Arizona, were tasked with assisting a contracting company, with the removal and transport of LUIS ESRINOZA-GONZALEZ from the Yuma Border Patrol Station to the ELOY DETENTION CENTER via a transport van. Multiple attempts were made to transport ESRINOZA-GONZALEZ; however, ESRINOZA-GONZALEZ was uncooperative and resisted attempts to move. Prior to this, ESRINOZA-GONZALEZ had acted confrontational and hostile to various BPAs and personnel working at the Yuma Border Patrol Station including BPA Julio Gonzalez.

On January 1, 2025, BPA Gonzalez was working in the Yuma Station processing center screening area near a holding cell with ESRINOZA-GONZALEZ. BPA Gonzalez stated ESRINOZA-GONZALEZ would stare at him in a hostile manner, and other BPAs said he was doing the same to them. Some time that morning, BPA Gonzalez provided ESRINOZA-GONZALEZ with his breakfast meal and no negative interactions occurred during this time.

Around 8:00 AM on January 1, 2025, a cleaning crew entered the screening area for routine cleaning. At this point, ESRINOZA-GONZALEZ began hitting the glass window of his holding cell. BPA Gonzalez approached and entered the holding cell. In Spanish, ESRINOZA-GONZALEZ told BPA Gonzalez he was upset that the cleaning crew was ignoring him. BPA Gonzalez is conversant in Spanish and explained the cleaning crew were doing their job and that they did not need to speak to ESRINOZA-GONZALEZ. ESRINOZA-GONZALEZ said he felt like the cleaning crew thought of

him as a dog to be ignored. BPA Gonzalez told ESRINOZA-GONZALEZ he needed to leave the cleaning crew alone and that they did not need to talk to him. At this point, ESRINOZA-GONZALEZ clenched his fist and squared up to BPA Gonzalez. Based off BPA Gonzalez's training and experience, he assessed ESRINOZA-GONZALEZ was acting hostile and preparing to assault BPA Gonzalez. BPA Gonzalez closed the gap between them and told ESRINOZA-GONZALEZ that he did not want to do that. BPA Gonzalez told him to turn around and put his hands behind his back. At this point, ESRINOZA-GONZALEZ turned around and walked to the restroom area of the holding cell indicating he was going to use the restroom. BPA Gonzalez exited the holding cell, removed his firearm for safety, and returned to ESRINOZA-GONZALEZ's holding cell a few minutes later. However, at this point, ESRINOZA-GONZALEZ was laying on his mattress and had his eyes closed. He was no longer causing a disturbance.

On January 2, 2025, at approximately 1:00 PM, contractors arrived to transport ESRINOZA-GONZALEZ to the Eloy Detention Center. ESRINOZA-GONZALEZ was taken out of his holding cell, and a contracting officer showed him his property bag. ESRINOZA-GONZALEZ told the contracting officer that the property was his but became agitated and asked in Spanish where his backpack was located. ESRINOZA-GONZALEZ was told his backpack was thrown away in accordance with Border Patrol policy. ESRINOZA-GONZALEZ clenched his fists and positioned himself in a fighting stance. At this point, multiple BPAs were called to assist in calming ESRINOZA-GONZALEZ down. Special Operations Supervisor Ernesto Gomez spoke with ESRINOZA-GONZALEZ for several minutes and was able to diffuse the situation. ESRINOZA-GONZALEZ then allowed himself to be put in waist and handcuff restraints, but he refused to leave the patrol station without his backpack. BPAs forcefully escorted ESRINOZA-GONZALEZ to the group transport van through the sally port entrance on the north side of the station. ESRINOZA-GONZALEZ refused to enter the transport van by placing both his feet on the vehicle. The contracting officer called a supervisor, and the determination was made to transport ESRINOZA GONZALEZ separately and alone to the Eloy Detention

Center. During this time, ESRINOZA-GONZALEZ, speaking in Spanish, said without his backpack he could not provide for his family. ESRINOZA-GONZALEZ also threatened to beat up the agents, began shouting profanities, and stated that he could kill everyone. ESRINOZA-GONZALEZ was then brought back in the station and placed in padded room 613.

While in padded room 613, ESRINOZA-GONZALEZ began kicking the glass door and using his restraints to damage the glass. Multiple attempts were made to calm ESRINOZA-GONZALEZ down. ESRINOZA-GONZALEZ caused significant damage and chipped the glass window.

Around approximately 2:00 PM, additional contractors arrived for a solo transport to Eloy Detention Center. The determination was made to apply ankle restraints on ESRINOZA-GONZALEZ before transporting him. Multiple BPAs and contract personnel were requested to assist in the application of the ankle restraints.

Around 2:20 PM, contractor personnel began giving commands to ESRINOZA-GONZALEZ to turn around and face the wall. ESRINOZA-GONZALEZ refused, took a fighting stance, and said he would take on whoever entered the holding cell. BPAs and contractor personnel entered padded cell 613 to apply ankle restraints. BPA Christian Servin was first to enter the room and attempted to calm ESRINOZA-GONZALEZ down in Spanish. BPA Gonzalez entered second, along with eight other BPAs and contractors. ESRINOZA-GONZALEZ was brought to the ground and stretched prone on his right side. Personnel attempted to roll ESRINOZA-GONZALEZ onto his stomach, but he kept himself prone on his right side using his hands for support. BPA Gonzalez reached for ESRINOZA-GONZALEZ' hands to push them away and ESRINOZA-GONZALEZ bit the left hand of BPA Gonzalez. The bite tore through the medical glove BPA Gonzalez was wearing and pierced his skin. At this point BPA Gonzalez shouted that ESRINOZA-GONZALEZ had bitten him. BPA Gonzalez exited padded cell 613 and showed BPA Hector Sanchez the bite mark and cut on the top of his hand. ESRINOZA-GONZALEZ was brought to his feet and escorted to the transport van. ESRINOZA-GONZALEZ again

attempted to resist entering the van using his feet, so personnel placed him in the van headfirst. Once ESRINOZA-GONZALEZ was secure in the transport van, contractor personnel departed the Yuma Border Patrol Station.

Based on the foregoing, there is probable cause to believe that Luis Esrinoza-Gonzalez committed the offenses as alleged in the Complaint.

Executed on: Date January 3, 2025, at 5:45 PM 1/3/2025

Signed: _____
Nicholas Gaietto
FBI Special Agent

Finding of Probable Cause

On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of three pages, I find probable cause to believe that the defendants named therein committed the offenses on the date January 2, 2025, in violation of Title 18, United States Code, Section 111(a) and (b).

Finding Made on: Date 1/4/2025

Time 0720 hrs

Signed: _____
James F. Metcalf
United States Magistrate Judge